IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**CHRISTOPHER CHASE,**

      Petitioner,

v.                                                                          No. CIV 08-377 JCH/ACT

**DEPARTMENT OF CORRECTIONS OF
THE STATE OF NEW MEXICO AND THE
NEW MEXICO ATTORNEY GENERAL,
GARY K. KING,**

      **Respondents.**

## ORDER

**THIS MATTER** comes before the Court on the Proposed Findings and Recommended Disposition of the United States Magistrate Judge entered May 21, 2009. [Doc. No. 53]. On June 4, 2009, Petitioner filed a Notice of Appeal [Doc. No. 55], and on June 11, 2009, Petitioner filed an Application for Certificate of Appealability. [Doc. No. 54]. On July 2, 2009, the Magistrate Judge entered an Order requiring the Petitioner to either file a request that the Court treat his Notice and Application as objections to the Proposed Findings or to file his objections to the Proposed Findings. [Doc. No. 57]. On July 16, 2009, Petitioner filed a request that the Court treat his Notice of Appeal and Application for Certificate of Appealability as objections to the Proposed Findings. [Doc. No. 58]. The Court has reviewed Petitioner's objections to the Proposed Findings and Recommended Disposition and find that they are without merit.

**IT IS THEREFORE ORDERED** that the Proposed Findings and Recommended Disposition of the United States Magistrate Judge are adopted by the Court.

**IT IS FURTHER ORDERED** that Petitioner's Application for Writ of Habeas Corpus

Pursuant to 28 U.S.C. §2254 by a Person in State Custody filed April 9, 2008 is dismissed with prejudice.

_____
**UNITED STATES DISTRICT JUDGE**